

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2015

No. 04-15-00615-CV

**IN RE ESTATE OF** Maria L. **RAYNES**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice
               Jason Pulliam, Justice

On October 1, 2015, relator filed a petition for writs of mandamus and prohibition with a motion for emergency stay pending a ruling on the petition. The court has considered the petition for writs of mandamus and prohibition and is of the opinion that relator is not entitled to the relief requested because relator has not established that there is no adequate remedy by appeal in this instance. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding). Accordingly, the petition for writs of mandamus and prohibition and motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 2, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2015.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013-PC-0369, styled *In the Estate of Maria L. Raynes, Deceased*, pending in the Probate Court No. 1, Bexar County, Texas, the Honorable Kelly Cross presiding.